FILED

OCT 17 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALVIN MORNING, JR.,<br><br>Defendant. | CR 18-92-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Robert Alvin Morning, Jr., is hereby released from the custody of the U.S. Marshal Service.

DATED this 17th day of October, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1